IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JAMIE MCINTYRE,

    Plaintiff,

v.

CREDIT ONE FINANCIAL, EQUIFAX INC., EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANSUNION LLC,

    Defendants.

Case No. 23-CV-0499-LA

## PLAINTIFF'S OBJECTION TO DEFENDANTS' CIVIL L.R. 7(H) EXPEDITED NON-DISPOSITIVE MOTION TO NOT MODIFY THE SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b)(4), Defendants Experian Information Solutions, Inc. ("Experian") and Trans Union, LLC ("Trans Union") (collectively the "Defendants"), by and through their undersigned counsel, respectfully requested that the Court modify the Scheduling Order (Dkt. 19) by extending all forthcoming deadlines by two months. There is not good cause to amend the Scheduling Order for the following reasons:

    1.    Under the current Scheduling Order, the discovery deadline is November 3, 2023 (Dkt. 19 at ¶ 4(a)), and the dispositive motion deadline is December 15, 2023. (Dkt. 19 at ¶ 5(a).)

    2.    The Parties have been diligently pursuing discovery in this matter, including exchanging written discovery.

    3.    The Plaintiff doesn't believe additional time is necessary to complete that discovery.

    4.    As an initial matter, written discovery has taken not been taking longer than usual. Discovery was made almost impossible for an attorney to keep

If there was any hold up in the discovery it isn't on the Plaintiffs behalf. TransUnion has also asked for more time to complete the Discovery which was given. Which they objected to over 95% of what I have asked for in discovery.

5. Plaintiff objectected to the original Schudeling order and the dates applied and doesn't wish to keep pushing dates around due to her job and disabled child.

6. Additionally, is said Experian's "lead counsel" is scheduled to undergo hip surgery in mid-October. The lead counsel referenced is David Baum not Tanya Salman. Has this lawyer made an appearance on the case, if not why would this be a factor in the case? Moreover, David Baum was just signed off to practice law in Wisconsin September 27th but this has been the only lawyer I have spoken with. I don't even know the true lead counsel. Also, TransUnion has me speaking with Savannah Loftis as a lead counsel and she doesn't have a license to practice here. I can also prove that they are signing off on each other paper work to appear to be Tanya Salman and Scott Brady are counsel on this case and it's really David Baum and Savannah Loftis practicing illegally. I have reason to believe they are breaking Chapter 20A Rules of Professional Conduct for Attorneys and Chapter 23 Regulation of Unauthorized Practice of Law located in the SCR and otherWisconsin statues I can prove.

WHEREFORE, the Plaintiff respectfully request that this Court does not modify the existing Scheduling Order (Dkt. 19) by extending all forthcoming deadlines by two months, and to keep the Scheduling Order as we agreed to due to no good cause for changing it
Plaintiff believes that this request will prejudice upon her.

Plaintiff believes Defendants are working together in making this motion to delay the

Dated: October 5, 2023                    Respectfully submitted,

/s/ *Jamie McIntyre*
Jamie McIntyre
2320 W Hope Ave.
Milwaukee, WI 53209
Telephone: 262-365-8239

E-mail: jamiemci23@yahoo.com

*Pro Se*

## CERTIFICATE OF SERVICE

I certify that on October5, 2023, I filed the foregoing with the Clerk of Court office, which sent notice of such filing to all counsel of record. I also emailed a copy of the foregoing document to Defendants counsel on record.

*/s/Jamie McIntyre*
Jamie McIntyre

*Pro Se*